**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MERCEDES-BENZ U.S.A LLC, | : | |
|  | : | **ORDER** |
| Plaintiff/Counterclaim Defendant, | : | |
|  | : | Civil Action No.: 99-3121 (WHW) |
| v. | : | |
|  | : | |
| COAST AUTOMOTIVE GROUP, LTD., and TAMIM SHANSAB, | : | |
|  | : | |
| Defendants/Counterclaimants/Third Party Plaintiffs, | : | |
|  | : | |
| v. | : | |
|  | : | |
| DAVID MICHAEL MOTOR CARS CORP., RAY CATENA MOTOR CARS CORP., and CONTEMPORARY MOTORCARS, INC., | : | |
|  | : | |
| Third Party Defendants. | : | |
|  | : | |

**Walls, Senior District Judge**

These matters having been opened to the Court on defendants/counter-claimants/third-party plaintiffs Coast Automotive Group Ltd.'s ("Coast") Motion for Reconsideration and third-party defendant Ray Catena Motor Cars Corp.'s ("Ray Catena") Motion for Summary Judgment; the Court having considered the papers; and for the reasons given in the accompanying opinion;

It is on this 25th day of July, 2007,

ORDERED that Coast' Motion for Reconsideration is DENIED; it is further

ORDERED that third-party defendant Ray Catena's Motion for Summary Judgment on all claims alleged against it is GRANTED; it is further

**NOT FOR PUBLICATION**

ORDERED that all claims against third-party defendant Ray Catena are hereby dismissed with prejudice.


**s/William H. Walls**
United States Senior District Judge