UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCEDES BENZ USA LLC, : <br>   Plaintiff/Counter-claim Defendant, : <br>       v. : <br> COAST AUTOMOTIVE GROUP LTD. : <br> AND TAMIM SHANSAB, : <br>   Defendants/Counter-claimants/Third- : <br>   Party Plaintiffs, : <br>       v. : <br> DAVID MICHAEL MOTOR CAR CORP., : <br> RAY CATENA MOTOR CARS CORP., and : <br> CONTEMPORARY MOTOR CARS, INC., : <br>   Third-Party Defendants. : | **ORDER** <br><br> Civil Action No. 99-3121(WHW) |

**Walls, Senior District Judge**

    This matter having been opened to the Court by Defendants/Counter-claimants/Third Party Plaintiffs Coast Automotive Group LTD and Tamim Shansab (collectively "Coast"), seeking entry of final judgment pursuant to Fed. R. Civ. P. 54(b) as to the Court's Orders of September 29, 2006 and July 25, 2007 to allow for an immediate appeal of those Orders and a stay of trial on the remaining claims; and the Court having considered the moving and opposition papers; and for the reasons given in the accompanying opinion :

    It is on this 15th day of October, 2007,

    ORDERED that Coast's motion for entry of final judgment is DENIED.

                    **s/William H. Walls**
                    United States Senior District Judge