UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 08-4608

———————

MERCEDES-BENZ USA, INC.

v.

COAST AUTOMOTIVE GROUP, LTD.;
TAMIM SHANSAB,
Appellants
v.

DAVID MICHAEL MOTOR CAR CORP.;
RAY CATENA MOTOR CARS CORP.;
CONTEMPORARY MOTOR CARS, INC.

———————

APPEALS FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. No. 2-99-cv-03121)
District Judge: William H. Walls

———————

Submitted Under Third Circuit L.A.R. 34.1(a)
December 15, 2009
Before: SLOVITER, JORDAN and WEIS, Circuit Judges.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was submitted on December 15, 2009.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Order of the United States District Court for the District of New Jersey entered October 21, 2008, be, and the same is hereby affirmed.

Costs taxed against appellants.

All of the above is in accordance with the Opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: January 25, 2010